UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner, | ) | |
| | ) | MISC. NO. |
| vs. | ) | 06-029 ML |
| MUNA AHMED<br>Respondent. | ) | |

**ORDER TO SHOW CAUSE**

Upon the Petition, the exhibit(s) attached thereto, including the Declaration of Jeffrey C. Norcross, Paralegal Specialist for the United States Environmental Protection Agency, and upon the motion of Robert Clark Corrente, United States Attorney for the District of Rhode Island, it is hereby

ORDERED that the respondent appear before the United States District Court for the District of Rhode Island presided over by the undersigned on the 10th day of May, 2006, at 2:00 PM, to show cause why she should not be compelled to obey the Environmental Protection Agency subpoena served upon her on January 27, 2005. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, including the declaration, be served by the United States Marshal's Service or otherwise in accordance with Rule 4 (c)(2) of the Federal Rules of Civil Procedure upon Muna Ahmed on or before May 1, 2006.

It is further

ORDERED that within five days of service of copies of this Order, the petition, exhibits and declaration upon Muna Ahmed, the respondent shall file and serve a written response to the petition supported by appropriate affidavit as well as any motions the respondent desires to make.

All motions and issues raised by the respondent will be considered at the hearing scheduled above.

Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the hearing and any uncontested allegations in the petition will be considered as admitted. It is further,

ORDERED that if the respondent, Muna Ahmed, fails to file a written objection to compliance with the subpoena served on her, she may, at least three (3) business days prior to the hearing scheduled above, notify the Assistant United States Attorney for the District of Rhode Island, whose signature appears on the petition, of the fact that she does not object to compliance, and she will not be required to appear as ordered above and the Court will enter an Enforcement Order and Judgment designating the time and place where she is to appear and comply with the Environmental Protection Agency administrative subpoena.

DATED at Providence, Rhode Island on this 10th day of April, 2006.

Mary M. Lisi
UNITED STATES DISTRICT JUDGE