UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Petitioner

VS. MISC. NO. 06-429ML

MUNA AHMED,
Respondent

OBJECTION TO /DENIAL OF PETIITION TO ENFORCE

____Respondent, herein objects to Petitioners motion or otherwise denies all allegations

Contained and further sets forth as follows:

1. Respondent has at all times endeavored to perform all requirements that have been CLEARLY set forth without ambiguity. Respondent has always intended to comply with petitioners request but has been prevented from doing so by the petitioner. Respondent had provided to Petitioner her entire box of files for 5 months. Petitioner to review as the Respondent was unable to respond effectively due to the ambiguity. On the first occasion of meeting, the Respondent invited the Petitioner into her home to review and retrieve any and all information in her possession. The entire extent of whatever it was that Respondent had been able to present to the Petitioner seemed never enough to satisfy the Petitioner's demands-which were replete with ambiguity.

2. Mr. Jeffrey Norcross has adversely effected the ability of the Respondent to comply with same requests made of her.

3. Respondent and her attorney had traveled to Boston from Providence on FIVE occasions in order to receive clarity of purpose from the Petitioner in order to effectively comply with all requests made of her. She was rebuked or put off by the Petitioner on each occasion that she was ready to present whatever information they required (not previously received) .

4. Respondent stands ready at present to fulfill any request made of her by the US Attorneys office to provide any further information or records not already provided. Respondent has already given up everything that she has

Submitted by Respondent,

Muna Ahmed

CERTIFICATION

A copy of the within was provided to US Asst. Attorney , MICHAEL P. IANNOTTI at 50 Kennedy Plaza, Providence, RI 02903 on 5/1, 2006