AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

MUNA AHMED

**APPEARANCE**

Case Number: MC-06-029ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MUNA AHMED

I certify that I am admitted to practice in this court.

Date

Signature

KEVIN MCBURNEY 2708

Print Name Bar Number

38 Maple Street

zProvidence,RI 02903 02903

Address

City State Zip Code

Phone Number 401-521-1203 Fax Number