UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br><br>vs.<br><br>MUNA AHMED<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) | MC-06-029ML |

**NOTICE OF COMPLIANCE**

As of May 18, 2006, the respondent, Muna Ahmed, has provided the requested documents in compliance with the subpoena issued by the Environmental Protection Agency on January 25, 2005. This matter may, therefore, be dismissed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance was mailed, by regular mail, to Kevin McBurney, Esq., 38 Maple Street, Providence, Rhode Island 02903, on this 22nd day of May, 2006.

Linda A. Nazmanian